**STATE**

v.

**Harvey BAKER.**

No. 78–383–C.A.

Supreme Court of Rhode Island.

March 27, 1980.

Dennis J. Roberts, II, Atty. Gen., Stephan Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Janice M. Weisfeld, Asst. Public Defender, for defendant.

**120**

## ORDER

The defendant's motion to supplement the record on appeal with the transcript of a hearing on pre-trial motions is granted.

DORIS, J., did not participate.